UNITED STATES  DISTRICT COURT

Northern District of California

SIMPAC FINANCIAL LLC

               Plaintiff(s),

   v.

VINCENT CORTESE

               Defendant(s).

_____/

No. C 10-01944 MEJ

**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On August 26, 2010, Defendants electronically filed a motion for leave to file counterclaim. (Dkt. #14.)  However, Defendants have failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6.  Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.  **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.**

     **IT IS SO ORDERED.**

Dated: September 2, 2010

_____

Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**