UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPAC FINANCIAL, LLC, et al., | |
| Plaintiff(s), | No. C10-1944 MEJ (BZ) |
| v. | |
| CENTRAL PROCESSING, LLC, et al., | **ORDER RE OVERDUE PAPERS** |
| Defendant(s). | |

TO:   Plaintiff(s) and Defendant(s) and their attorney(s) of record:

On September 2, 2010, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for November 19, 2010. Your statement was due Friday, November 12, 2010. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff(s) and defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated:  November 16, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\SIMPAC LATE PAPERS ORDER.wpd

1