| | |
|---|---|
| 1 | PETER L. SIMON (SBN 178393) |
| 2 | KATHLEEN C. MILLER (SBN 202216)<br>BEYERS | COSTIN |
|   | 200 Fourth Street, Ste. 400 |
| 3 | Post Office Box 878 |
|   | Santa Rosa, California 95402-0878 |
| 4 | Telephone: (707) 547-2000 |
|   | Facsimile: (707) 526-3672 |
| 5 | |
| 6 | Attorneys for Defendants Amy Allgower and American Financial, LLC, Defendants/Counter-plaintiffs Scott Allgower, Brian Krauss, Christie Camarata, and Joaquin Ibarguen |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPAC FINANCIAL, LLC, a California limited liability company; and CENTRAL PROCESSING, LLC, a California limited liability company; and ROES 1-10, | CASE NO. C 10-1944 MEJ |
| Plaintiffs, | |
| vs. | STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON [FRCP § 41(a)(1)] |
| VINCENT CORTESE; SCOTT ALLGOWER; AMY ALLGOWER; BRIAN KRAUSS; AMERICAN FINANCIAL, LLC, a California limited liability company; CHRISTIE CAMARATA, JOAQUIN IBARGUEN; and DOES 1-10, | |
| Defendants. | |
| SCOTT ALLGOWER; BRIAN KRAUSS; CHRISTIE CAMARATA, and JOAQUIN IBARGUEN, | |
| Counter-Plaintiffs, | |
| vs. | |
| SIMPAC FINANCIAL, LLC, a California limited liability company; CENTRAL PROCESSING, LLC, a California limited liability company; and FCU NATIONWIDE, a California limited liability company; HOME SAVINGS OF AMERICA, a federally charted stock savings and loan association; TURN KEY SOLUTIONS, LLC, an Arizona limited liability company, and MOES 1-10, | |
| Counter-Defendants. | |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
G:\6971\PLEADINGS\STIPULATION OF DISMISSAL.DOC

1  The parties, by and through their respective counsel, stipulate to dismissal of this action in its
2  entirety with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1). Each party is to
3  bear their own attorneys' fees and costs.
4  Therefore, IT IS HEREBY STIPULATED by and between the parties to this action through their
5  designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant
6  to Federal Rules of Civil Procedure section 41(a)(1).

DATED: December 15, 2010                                            BEYERS | COSTIN

                                                                    /s/
                                                         By: _____
                                                                  PETER L. SIMON
                                                           Attorneys for Defendants/Counter-Plaintiffs

DATED: December 15, 2010

                                                                    /s/
                                                              _____
                                                                  BENJAMIN C. GRAVES
                                                           Attorneys for Plaintiffs/Counter-Defendants
                                                                   Simpac Financial, LLC and
                                                                   Central Processing, LLC

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1). IT IS FUTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary. The Clerk shall close the file.

Dated: __December 16__, 2010      _____
                                   Honorable Judge Maria-Elena James
                                   United States Magistrate Judge Northern District